UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:13-CR-00001-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| ANTONIO DEMONTINEZ WOOTEN | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 42 be sealed until such time as requested to be unsealed by the United States Attorney.

This the 7<sup>t</sup> day of November, 2013.

The Honorable Louise W. Flanagan
United States District Judge