UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:13-CR-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| ANTONIO DEMONTINEZ WOOTEN | |

On motion of the Defendant, Antonio D. Wooten, and for good cause shown, it is hereby ORDERED that the **[DE 54]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 13th day of November, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge