IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:13-CR-1-1-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ANTONIO DEMONTINEZ WOOTEN, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described to Donald Manley of the Greenville Police Department.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on November 13, 2013, be transferred to Donald Manley to be retained in his custody until this case is completed, including any matters on appeal:

| Gov't. Exhibit No.: | Description Of the Evidence: |
|---|---|
| 75 | Ruger, Super Blackhawk .44 caliber revolver, serial no. 87-39226 |
| 76 | Ammunition |
| 78 | $260.00 Cash |
| 77 | Bag of Crack Cocaine |

SO ORDERED this the 13th day of November, 2013.

_____
Louise W. Flanagan
United States District Judge

SO ACKNOWLEDGED:

_____
Donald Manley, Case Agent

_____
David Bragdon, Assistant U.S. Attorney

2