# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

V.

ANTONIO DEMONTINEZ WOOTEN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 4:13-CR-1-1FL

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

*[Signature]*

Signature of Judge

| Louise W. Flanagan | U.S. District Judge |
|---|---|
| Name of Judge | Title of Judge |

11/15/2013

Date